21-0260

Filed 3/18/2021 2:31 PM
Sherry Griffis
District Clerk
Harrison County, Texas

Lori Hightower
Deputy

CAUSE NO. 21-0260

| | | |
|---|---|---|
| MASTER WOODCRAFT CABINETRY, LLC § | | 71st JUDICIAL DISTRICT |
| AND MCW INDUSTRIES, LLC § | | |
| **Plaintiffs** § | | |
| § | | |
| V § | | OF |
| § | | |
| CHOATE CONSTRUCTION COMPANY § | | |
| **Defendant** § | | HARRISON COUNTY, TEXAS |

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Master WoodCraft Cabinetry, LLC (MWCC) and MCW Industries, LLC (MCW), Plaintiffs herein, and files this Petition for Declaratory Judgment, pursuant to the Texas Uniform Declaratory Judgments Act, Chapter 37 of the <u>Texas Civil Practice and Remedies Code</u>, and would show the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

Plaintiffs intend that discovery be conducted under Discovery Level 1.

### II. PARTIES AND SERVICE

A.  Plaintiff, Master WoodCraft Cabinetry, LLC ("MWCC") has its principal place of business in Harrison County, Texas.

B.  Plaintiff, MCW Industries, LLC ("MCW") has its principal place of business in Harrison County, Texas.

C.  Defendant, Choate Construction Company ("Choate"), is licensed to do business in Texas, is organized under the laws of the State of Texas, and service of process on this Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving it through its registered agent National Registered Agents, Inc. at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

TRUE AND CORRECT COPY

Service upon said Defendant as described above can be affected by certified mail.

### III. JURISDICTION AND VENUE

A. The subject matter in controversy is within the jurisdictional limits of this court.

B. Plaintiff MWCC seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

C. Plaintiff MCW seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

D. Venue in Harrison County is proper in this cause because the parties have agreed in writing that venue is proper here and only here, or, in the alternative, all or a substantial part of the events giving rise to the claim occurred in Harrison County

### IV. FACTS

The Defendant contacted the Plaintiffs to buy cabinets and for cabinet installation from the Plaintiffs on credit for the Park Circle project. In other words, rather than pay cash on delivery for cabinets Defendant received from Plaintiffs, the Defendant requested that the Plaintiffs extend it credit. The Defendant applied for credit in Harrison County, Texas and the Plaintiffs agreed to extend credit to the Defendant. The Defendant's Application for Credit, which is marked Exhibit A and attached hereto and incorporated herein by reference, includes provisions that in return for granting of credit by the Plaintiffs, the Defendant agreed and consented: that the Credit Application and its provisions become an integral part of any later Purchase Order, Subcontract or other type of contract between the parties; that this Court has jurisdiction over them, and that venue of any dispute that arose as a result of the business transactions between the parties

TRUE AND CORRECT COPY

rests only in Harrison County, Texas. The Defendant also entered into a contract for cabinet installation with MCW. The Defendant has failed to pay in accordance with the credit agreement and the contracts entered between it and the Plaintiffs.

The Defendant has failed to pay in accordance with the contracts entered with the Plaintiffs and there exists a dispute between the parties as to whether the Defendant is required by the contractual relationship between the parties to make the payment. Plaintiffs request the Court enter a Declaratory Judgment that the Defendant has breached its contract with the Plaintiffs and owes MWCC the sum of $92,610.58 for the project and owes MCW the sum of $27,380.35 for the project.

## V. QUANTUM MERUIT

Plaintiffs re-allege and incorporate the forgoing paragraphs as if fully set forth herein for all purposes. In the alternative, Plaintiffs plead for recovery under the doctrine of quantum meruit. Plaintiffs, at the specific direction of the Defendant, for which payment was promised, manufactured materials and supplied services for the Defendant. Plaintiffs manufactured materials and supplied services under circumstances that reasonably notified Defendant that Plaintiffs expected to be paid. Despite proper and timely demand by Plaintiffs, Defendant has failed, and refused to pay the Plaintiffs the value of such materials and installation services, for which Plaintiffs now ask for damages as pled above.

## VI. RELIEF REQUESTED

There exists a genuine controversy between the parties herein that would be terminated by the granting of declaratory judgment. Plaintiffs therefore request that declaratory judgment be entered as follows:

TRUE AND CORRECT COPY

A. That the Plaintiff, Master WoodCraft Cabinetry, LLC is entitled to a Judgment against the Defendant Choate Construction Company in the sum $92,610.58.

B. That the Plaintiff, MCW Industries, LLC is entitled to a Judgment against the Defendant Choate Construction Company in the sum $27,380.35.

C. That the Plaintiffs recover all of their attorney's fees and court costs.

D. That the Plaintiffs recover pre-judgment and post-judgment interest as allowed by law.

## VII. ATTORNEY'S FEES

Pursuant to the Credit Application agreement between Defendant and Plaintiffs, Plaintiffs seek all costs of suit and collection including but not limited to its reasonable and necessary attorney's fees, expenses of investigation and discovery, and court costs incurred by Plaintiffs herein, including all fees and expenses necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just.

## VIII. DOCUMENT USAGE

Pursuant to Tex. R. Civ. P. 193.7, Plaintiffs intend to use all documents exchanged and produced between the parties including, but not limited to, correspondence and discovery responses, during the trial of the above-entitled and numbered cause.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that the Defendant be cited to appear and answer herein, and that on final trial hereof declaratory judgment be granted as requested herein and the Plaintiffs be awarded costs and reasonable and

TRUE AND CORRECT COPY

necessary attorney's fees plus expenses, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

LAW OFFICES OF JIM AMMERMAN II
209 West Rusk
Marshall, Texas 75670
Tel. No.: (903) 938-2398
Fax No.: (903) 938-2455
Email: wrusk209@swbell.net

By: _____
Jim Ammerman II
State Bar No. 01157700
Attorney for Plaintiffs

TRUE AND CORRECT COPY

Master Woodcraft Cabinetry, LLC / MCW Industries, LLC.

www.mwccabinetry.com

## CREDIT APPLICATION

### BUSINESS INFORMATION

Company Legal Name: Choate Construction Company

Mailing Address: 8200 Roberts Drive, Ste 600
Atlanta, GA 30350

Physical Address:
(if different from above): 1671 Belle Isle Ave, Ste 100
Mt Pleasant, SC 29464

Telephone Number: 843-284-9047   Fax Number: 843-284-9048

Organization taxed as: Corporation ☒   Partnership ☐   Individual ☐   Other ☐

Anticipated High Credit: $ _____

If Corporation, please give state and date of incorporation.
State: GA    Date: 6/89

### OFFICERS/OWNERS

| Name | Title | Home Address |
|------|-------|--------------|
|      |       |              |
|      |       |              |
|      |       |              |

### TRADE REFERENCES

| Business Name | Address | Contact | Telephone |
|---------------|---------|---------|-----------|
| See attached  |         |         |           |

### BANK REFERENCE

| Bank Name | Address | Contact | Telephone |
|-----------|---------|---------|-----------|
| See attached |      |         |           |

**AGREEMENTS:** [fine print paragraph — illegible]

Signature: David A. Page, CFO    Date: 12/19/14

**GUARANTY:** [fine print paragraph — illegible]

Signature: _____    Date: _____

PLAINTIFF'S EXHIBIT A

TRUE AND CORRECT COPY

# Master WoodCraft Cabinetry, LLC / MCW Industries, LLC

www.mwccabinetry.com

## CREDIT APPLICATION

### BUSINESS INFORMATION

Company Legal Name: _____

Mailing Address: _____

Physical Address: _____
(if different from above)

Telephone Number: _____ Fax Number: _____

Organization taxed as:  Corporation ☐   Partnership ☐   Individual ☐   Other ☐

Anticipated High Credit:
$_____

If Corporation, please give state and date of incorporation
State: _____   Date: _____

### OFFICERS/OWNERS

| Name | Title | Home Address |
|------|-------|--------------|
|      |       |              |
|      |       |              |
|      |       |              |

### TRADE REFERENCES

| Business Name | Address | Contact | Telephone |
|---------------|---------|---------|-----------|
|               |         |         |           |
|               |         |         |           |
|               |         |         |           |

### BANK REFERENCE

| Bank Name | Address | Contact | Telephone |
|-----------|---------|---------|-----------|
|           |         |         |           |

**AGREEMENT:**
If Purchaser desires the extension of credit by Seller, it is agreed that in consideration of the extension of credit by Master WoodCraft Cabinetry, LLC/MCW Industries, LLC (MWCC/MCW Ind.), they may impose interest or late charges in the maximum amount permitted by Texas law on any past due balances. If suit is filed by Seller to collect any amount(s) due, Purchaser agrees to pay Seller all costs of suit and collection including but not limited to reasonable attorney's fees, expenses of investigation and discovery, and court costs. All amounts due Seller are due and payable at 232 North Marshall Industrial Avenue, Marshall, Texas 75670, Harrison County, Texas. If terms are not met, MWCC/MCW Ind. is granted the right to withhold shipments without further notice. The undersigned certifies that the above furnished information is true and correct and agrees that this document shall become a part of the terms of all sales contracts or purchase orders between MWCC/MCW Ind. and Purchaser. The relationship between Seller and Purchaser and all suits between MWCC/MCW Ind. and Purchaser arising under any theory of law or any cause of action shall be governed under the laws of the State of Texas without regard to any conflict of laws provision. In consideration of the extension of credit to the Purchaser by MWCC/MCW Ind., if credit is extended, Purchaser agrees that jurisdiction and venue for any suit arising out of any relationship between Purchaser and MWCC/MCW Ind. under any theory of law or any cause of action shall be only in the appropriate County or State Court in Harrison County, Texas and Purchaser expressly agrees and consents to jurisdiction and venue in said State and County. In further consideration of the extension of credit by Seller to Purchaser, the Purchaser expressly agrees that no removal to any United States District Court or transfer of venue (Federal or State) shall ever be sought by Purchaser and Purchaser hereby waives any objection to in personam jurisdiction and venue and agrees to make no request to transfer to any suit to any other Court other than the appropriate County or State Court in Harrison County, Texas.

Signature _____   Title _____   Date _____

**GUARANTY:**
In consideration of the extension of credit to the Purchaser above by Master WoodCraft Cabinetry, LLC/MCW Industries, LLC (MWCC/MCW Ind.), the undersigned hereby consents and agrees to all the provisions set forth in the above foregoing AGREEMENT and agrees that the provisions are incorporated in the GUARANTY by reference and shall apply to the person or persons executing this GUARANTY and personally guarantees payment of all invoice amounts and other amounts due or to become due to MWCC/MCW Ind., including reasonable attorney's fees, expenses of investigation and discovery and court costs arising from purchases or any other relationship between Purchaser and MWCC/MCW Ind. The undersigned waives notice of acceptance of the guaranty and notice of any default and demand of every kind, nature and description as well as notice of any extent and demand of every obligation and liability of such Purchaser at the undersigned. This guaranty shall be a continuing guaranty and shall not be diminished or affected by an extension of time, payment modification, change order or additions to any contract between MWCC/MCW Ind. and the Purchaser, and shall apply to all future orders or contracts of Purchaser with MWCC/MCW Ind. This guaranty can only be cancelled/terminated by a written consent signed by an officer of MWCC/MCW Ind. The relationship between Guarantor and MWCC/MCW Ind. shall be governed and interpreted as set forth in the above AGREEMENT pertaining to jurisdiction, venue and choice of law without regard to any conflict of law provision. In consideration of the extension of credit to Purchaser by MWCC/MCW Ind., if credit is extended, Guarantor expressly agrees to all the terms and conditions regarding suits between Purchaser and Seller as set forth in the above AGREEMENT.

Signature _____   Date _____

A TRUE COPY
of the Original hereof, I certify
*Sherry Griffis*
District Court Clerk
Harrison County, Texas
By _____ Deputy Clerk