# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MASTER WOODCRAFT CABINETRY, LLC and MCW INDUSTRIES, LLC, *Plaintiffs*, v. CHOATE CONSTRUCTION COMPANY, *Defendant*. | § § § § § § § § § § § § § § § Case No. 2:21-cv-00143-JRG-RSP |

## MEMORANDUM OPINION

Before the Court, plaintiffs Master Woodcraft Cabinetry, LLC, and MCW Industries, LLC, move to withdraw their motion to withdraw Jim Ammerman II as counsel of record. Dkt. No. 22. Having considered the motion, it is **GRANTED**.

**SIGNED** this 14th day of June, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1