# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MASTER WOODCRAFT CABINETRY LLC and MCW INDUSTRIES LLC, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 2:21-CV-00143-JRG-RSP |
| CHOATE CONSTRUCTION COMPANY, | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Master Woodcraft Cabinetry, LLC and MCW Industries, LLC, ("Plaintiffs") and Choate Construction Company ("Defendant"). (Dkt. No. 23.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice pursuant to Rule 41. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiffs and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 21, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE